

**LAW DEPARTMENT
NATIONAL TORT CENTER**

**UNITED STATES POSTAL SERVICE**

**CERTIFIED MAIL NO. 70203160000048482733
RETURN RECEIPT REQUESTED**

February 16, 2022

Ms. Isabel Barroso, Esq.
Morgan & Morgan
12800 University Drive, Ste. 600
Fort Myers, FL 33907

Re:     Your Client:     Isaiah Tucker
       Date of Incident:     April 3, 2020
       NTC File No.:     NT202144782

Dear Ms. Barroso:

This is in reference to the administrative claim you filed on behalf of the above-mentioned client under the provisions of the Federal Tort Claims Act as a result of injuries and damages allegedly sustained in on April 3, 2020.

As you know, the Postal Service is not legally obligated to pay all losses which may occur, but only those due in some way to the negligent or wrongful act or omission of any employee acting in the scope of his employment. We, of course, are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

As to the incident at issue, your client has now filed a civil action in United States District Court regarding this matter and you have failed to submit competent evidence of your client's injuries and damages as is required. Additionally, the injuries claimed are not causally related to the April 3, 2020 incident, and therefore, we cannot accept legal liability for your client's alleged damages. For all of the foregoing reasons, Mr. Tucker's administrative claim is hereby denied.

Notwithstanding the pending litigation, regulations require us to inform you that if your client is dissatisfied with the final action on her claim, she may file suit against the United States of America in an appropriate United States District Court not later than six (6) months from the date of mailing this letter, which is the date shown above.

Regulations of the Postal Service further provide that prior to the commencement of suit and prior to the expiration of the six-month period allowed for filing suit, you have the right to file for reconsideration of the claim. To be timely filed, the request must be received within the six-month period. A request for reconsideration must be in writing and may be sent to the National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948. Upon timely filing of a request for reconsideration, the Postal Service will have six months to act upon your request. For additional information, see 39 C.F.R. 912.9. A request for reconsideration should state the reasons you disagree with the

Postal Service's decision and should be accompanied by any additional information and citations of law you wish to submit in support of your position.

Nothing in this letter should be construed to limit or waive any defenses that may be available to the United States should suit be filed.

Sincerely,

*[signature]*

Shauna Snyder
Tort Claims Examiner/Adjudicator
Tel: 314/345-5838

cc: Randy Vicedo
Tort Claims Coordinator
File No. 335-20-00470684A



UNITED STATES
POSTAL SERVICE

GENERAL LAW SERVICE CENTER
1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948

RETURN RECEIPT



CERTIFIED MAIL

7020 3160 0000 4848 2733



FIRST-CLASS MAIL
POSTAGE & FEES PAID
USPS
PERMIT NO. G-10



Ms. Isabel Barroso, Esq.
Morgan & Morgan
12800 University Drive, Ste. 600
Fort Myers, FL 33907

RETURN RECEIPT

33907$5349 C008

DFE — 11016231720

batch #52011S731 seq #2 tracking #

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE